AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Entropic Communications, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:23-cv-00050-JRG |
| Charter Communications, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Entropic Communications, LLC                    .

Date:     02/10/2023                                      /s/ Wesley Hill
                                                        *Attorney's signature*

                                              Wesley Hill; State Bar No. 24032294
                                                *Printed name and bar number*

                                                     1507 Bill Owens Parkway
                                                     Longview, Texas 75604

                                                              *Address*

                                                         wh@wsfirm.com
                                                        *E-mail address*

                                                         (903) 757-6400
                                                        *Telephone number*

                                                         (903) 757-2323
                                                          *FAX number*