IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00050-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § § | |
| *Defendant*. | § § § | |

### ORDER

Before the Court is Defendant Charter Communications, Inc.'s ("Defendant") Unopposed Motion for Leave to File Under Seal (the "Motion"). (Dkt. No. 16.) In the Motion, Defendant seeks to seal its Motion to Dismiss the Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (Dkt. No. 17) and all supporting documents, declarations, and exhibits, and represents that the briefing discusses confidential proprietary and business information, including information that the parties have previously agreed to file under seal in another case pursuant to a Protective Order. (*Id*. at 1.) Plaintiff does not object to the Motion. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Defendant's Motion to Dismiss the Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (Dkt. No. 17) and all supporting documents, declarations, and exhibits should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 24th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE