# EXHIBIT 10

# Filed Under Seal Pursuant To Court Order

# RESTRICTED – ATTORNEYS' EYES ONLY