# EXHIBIT 11
# Filed Under Seal Pursuant To
# Court Order
# CONFIDENTIAL