UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00050-JRG<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered Plaintiff Entropic Communications, LLC's Unopposed Motion for Leave to File Under Seal, and for good cause shown, hereby **GRANTS** the motion.

It is therefore **ORDERED** that Plaintiff Entropic Communications, LLC is GRANTED leave to file under seal a Motion to Dismiss for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3).