# EXHIBIT F


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Dec 29 04:07:22 EST 2022

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: _____ OR [Jump] to record: _____   **Record 8 out of 353**

[TSDR] [ASSIGN Status] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# Spectrum▶

| | |
|---|---|
| **Word Mark** | SPECTRUM |
| **Goods and Services** | IC 043. US 100 101. G & S: Arena services, namely, providing general purpose facilities for sports, concerts, conventions and exhibitions. FIRST USE: 20161031. FIRST USE IN COMMERCE: 20161031 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.15.04 - Arrowheads<br>24.15.25 - Other arrows |
| **Serial Number** | 97214735 |
| **Filing Date** | January 12, 2022 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 25, 2022 |
| **Owner** | (APPLICANT) Charter Communications Holding Company, LLC LIMITED LIABILITY COMPANY DELAWARE 12405 Powerscourt Drive St. Louis MISSOURI 63131 |
| **Attorney of Record** | Ester Martin |
| **Prior Registrations** | 4618730;5916316;6311602;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the stylized word SPECTRUM with a triangular arrow to the right of the term SPECTRUM. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY