# EXHIBIT M

1/6/23, 11:03 AM    Application for Fixed Satellite Service by Spectrum Northeast...

Case 2:23-cv-00050-JRG   Document 29-9   Filed 05/15/23   Page 2 of 4 PageID #: 1475

# Application for Fixed Satellite Service by Spectrum Northeast, LLC

## SES-ASG-20200522-00563 / SESASG2020052200563

FCC.report (https://fcc.report/) ›  /  IBFS (/IBFS/) ›
/  Spectrum Northeast, LLC (/company/Spectrum-Northeast-LLC) ›
/  SES-ASG (/IBFS/Filing-List/SES-ASG)
/  SESASG2020052200563 (/IBFS/SES-ASG-20200522-00563) [GOV] ⬈ (/IBFS/SES-ASG-20200522-00563/GOV)

Applicant requests Commission authority for the pro forma assignment of the subject stations to Spectrum NLP, LLC. There will be no changes in station operations.

| | |
|---|---|
| Filing: SES | Satellite Earth Station |
| Filing: ASG | Assignment |
| Nature of Service | Fixed Satellite Service |
| Last Action | Grant of Authority |
| Last Action Date | 2020-06-19 |
| Status | Action Taken Public Notice |
| Status Date | 2020-06-24 |
| Date Filed | 2020-05-22 |
| Date Granted | 2020-06-19 |
| Adopted Date | 2020-06-23 |
| Released Date | 2020-06-23 |
| Action Taken Public Notice | 2020-06-24 |
| Red Light | N |
| Paper/Electronic | E |
| Environmental Impact | N |

| Applicant | Contact |
|---|---|
| Spectrum Northeast, LLC | None |
| 12405 Powerscourt Drive | SAME AS APPLICANT |
| Legal Dept | SAME AS APPLICANT |
| St. Louis, MO 63131 USA | , USA |
| 12405 Powerscourt Drive, Legal Dept, St. Louis, MO 63131 USA | |



## Files

| Description | Commentor | Type / Date |
|---|---|---|
| Grant PDFLICENSE.pdf (/IBFS/SES-ASG-20200522-00563/2455037) | IB-FCC | DECISION 2020-06-19 |

## Attachments

| Attachment | Type | Date |
|---|---|---|
| Attachment Exhibits E and F (/IBFS/SES-ASG-20200522-00563/2362560) | | |
| Attachment Application (/IBFS/SES-ASG-20200522-00563/2366561) | | |

Attachment HTML
(/IBFS/SES-ASG-20200522-
00563/2366594)

Attachment PDFLICENSE.pdf
(/IBFS/SES-ASG-20200522-
00563/2455037)

## Public Notices

| Service | Type | Report No | Date |
|---|---|---|---|
| Satellite Earth Station | Action Taken Public Notice | SES02279 (/IBFS/Public-Notices/2455205) | 2020-06-24 |

No License History
No Site Information [see Application Filing (/ BFS/SES-ASG-20200522-00563/2366594)]
No Site Antenna Info

© 2023 FCC.report
This site is not affiliated with or endorsed by the FCC