# EXHIBIT Q



SPECTRUM SITES ▾

Spectrum ▸ | CAREERS

≡

Search jobs
About us
...tunities
Resources



## RETAIL SALES SPECIALIST (BILINGUAL SPANISH) - $18.00 PER HOUR, PLUS COMMISSION AND INCENTIVES!

📍 Beaumont, Texas

**APPLY NOW** ▶

---

JUMP TO ▾

OVERVIEW

SUCCESS PROFILE

IN-DEPTH DETAILS

REWARDS

RESPONSIBILITIES

LOCATION

CONNECT WITH US

---

## Overview

Your personality connects you with people and our products and services connect them with each other. In Retail Sales, that's a winning combination! With more than 700 locations across the country and counting, we're making an impact in our customers' lives. If you have a passion for people and technology, our comprehensive training program will help you develop the skills you need to grow your sales career. Come grow with us!



`0:42`

We asked Miguel :

Q

## How I became a leader at Spectrum?

More testimonials here!

Employee Q&A



`0:16`

We asked Monica:

Q

## W at additional perks does Spectrum provide? (401K, Tuition Reimbursement, Discounted Internet/Cable/Voice)

More testimonials here!

Employee Q&A

## Success Profile

What makes a successful Spectrum Retail Sales Specialist? Check out the top traits we're looking for and see if you have the right mix.





| | |
|---|---|
| ● Competitive | ● Organized |
| ● Achiever | ● Results Driven |
| ● Digitally Savvy | ● Communicator |

| Day in the Life | How We Prepare You |
|---|---|

To help unlock your potential, we have a comprehensive training program to get you up to speed. Don't have sales experience? Our team will work with you in both the classroom and store to get you comfortable in your new role. If you have experience we will help you fine tune your skills so you can soar.

**EARN MORE, FASTER**

Our total compensation package creates opportunities for significant earnings. Our Sales Compensation Allowance Program provides minimum guarantee payouts during your first five months.

**COMPREHENSIVE TRAINING**

Work smarter, not harder. With Spectrum you will enjoy paid training on our winning sales techniques, products and services. Our five month learning journey involves:

- Virtual classroom training and self study activities

- Ongoing peer-to-peer, leadership mentoring, and skill practice in the Store environment.

- Ongoing product updates to keep you connected and help build your knowledge and skills

Our ongoing training helps you always be prepared and able to provide the best experience to your customers and maximize sales opportunities.

**CAREER ADVANCEMENT**

Looking for a great company with exciting growth opportunities? This is the place to be. Establish yourself as a successful Retail Sales Specialist, enjoy the many benefits we have to offer and plan for a long and rewarding career with Spectrum.





## Rewards





‹ ● ● ● ● ● ● ›

## Responsibilities

Date posted: 11/16/2022

Requisition Number: 326946BR

Business unit: Marketing

Location: Beaumont, Texas

Area of Interest: Retail, Sales

Position Type: Full Time

**At A Glance:**

- Our specialists earn an hourly base pay of $18.00 along with lucrative commission and incentives for targeted hourly earnings of $22.50/hour or $46,800.00 annually. Top performers in this role are earning $58,000.00. You may also qualify for free internet, TV, and phone services (restrictions do apply).
- This role is a full-time, entry to mid-level retail sales role, focusing on wireless, TV, and internet products in the communications and entertainment technology space. Advancement potential and generous commission opportunities are available.
- Our Retail Sales Specialists are organized, digitally savvy communicators with a competitive spirit eager to learn and grow. A results-driven achiever comfortable in a busy retail sales environment. Wireless sales experience preferred.



**About Us**

Spectrum is America's fastest-growing TV, internet, and voice provider. Our organization is one filled with a diverse group of

Case 2:23-cv-00050-JRG  Document 20-13  Filed 05/15/23  Page 6 of 10 PageID #: 498

Spectrum is America's fastest-growing TV, internet, and voice provider. Our organization is one filled with a diverse group of hardworking people. They're committed to helping us grow, and we're committed to growing with them because making sure everyone reaches their full potential is a key part of our mission.

Our extensive training program, competitive base salary, and generous commission structure provides the foundation you need to be a successful salesperson. Meeting and exceeding sales goals while delivering service solutions to our customers - it's a win-win.

**\*\*\***

### It's all about learning and growing

Whether this is a new road for you or you are an experienced sales professional, the journey is all mapped out. With plenty of dedicated peer and leadership support, our fully paid training programs shape new Retail Sales Specialists into quick-thinking professionals. We can bring you up to speed on Spectrum's full line of products – and our competitors' products – in about a month, including telephone, data, wireless, and video services. As products are updated, so are you, so you can pass that knowledge on to your customers.

### With a deliberate path to success

We know that the best people to lead are those who have been down the same road before. Most of our managers started as Retail Sales Specialists themselves, proving that career advancement is a very real and achievable goal. Peer-to-peer mentoring and regular coaching sessions ensure you feel supported and have everything you need to succeed. Get started at a Fortune 100 company and see how far you can go.

### The benefits are clear.

On top of opportunities to advance your career and earn more, Spectrum offers comprehensive benefits, a market-leading retirement plan, and other programs to support you and your family at all stages of life.

**See all the ways we invest in you—at work and in life.**

### What are our expectations?

- Meet or exceed monthly sales goals, including wireless sales
- Ensure a great customer experience
- Educate and engage customers through product demonstrations
- Be a team player (because we spend way too much time together)
- Know your stuff - maintain strong knowledge of all TV, internet, and wireless products, pricing plans, promotions, and service features for Spectrum, as well as our competitors

### What's required to get started?

- Thrive in a fast-paced team environment
- Read, write and speak the English language to effectively communicate with employees, customers, and suppliers in person, on the phone, and by written communications
- Lifting up to 35 lbs.
- Standing for prolonged periods of time
- Wearing a required uniform
- High School Diploma or equivalent
- **Bilingual Spanish Preferred**

**Preferred Experience**

- Sales Experience: 1 - 5 years
- Knowledge of latest technology and devices
- Commissioned sales experience
- Retail sales or wireless sales
- Valid driver's license

**Get to Know Us** Charter Communications is known in the United States by our Spectrum brands, including: Spectrum Internet®, TV, Mobile and Voice, Spectrum Networks, Spectrum Enterprise and Spectrum Reach. When you join us, you're joining a strong community of more than 93,000 individuals working together to serve more than 32 million customers in 41 states and keep them connected to what matters most. Watch this video to learn more.

**Who You Are Matters Here** We're committed to growing a workforce that reflects our communities, and providing equal opportunities for employment and advancement. EOE, including disability/vets. Learn about our inclusive culture.

**READ LESS ❯**

**APPLY NOW** **EMAIL JOB**

**SHARE THIS JOB**

  



## About Our Location

Beaumont, Texas

**LEARN MORE**

Retail Sales Specialist (Bilingual Spanish) - $18.00 per hour, plus commission and incentives!

**RECENTLY VIEWED**                          RELATED JOBS

**Retail Sales Specialist (Bilingual Spanish) - $18.00 per hour, plus commission and incentives!**

Beaumont, Texas

# Sign up for job alerts

Sign up to receive the latest career opportunities directly to your inbox. All fields marked with an asterisk (*) are required.

First Name *

Last Name *

Email *

Phone Number

Are you a member of the military community?

Are you a member of the military community?

## Areas of interest

Enter a location and a category, and click "Add" to create your Job Alert.

Select category

Select location

**ADD**

Sales, Beaumont, Texas, United States ×      Retail, Beaumont, Texas, United States ×

**Resume**

Choose File  No file chosen

## Spectrum employee

Are you currently a Spectrum employee?

○ YES

○ NO

By submitting your information, you acknowledge that you have read our privacy policy and consent to receive email communication from Spectrum.

**SIGN UP**

▶▶ There's a **strong connection** here.

Company +

Newsroom +

Investors +

Careers +

Community Impact +

Spectrum Sites +

Public Policy +

Browse by Business Unit

Corporate | Community Solutions | Customer Operations | Field Operations | Network Operations
Product & Technology | Sales & Marketing | Spectrum Enterprise | Spectrum Networks | Spectrum Reach

**Spectrum**

Charter Communications is an Equal Employment Opportunity Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or status as a protected veteran.

Case 2:23-cv-00056-JRG Document 29-13 Filed 05/15/23 Page 10 of 10 PageID #: 1497

EEO Information - English (PDF) | Información EEO - Español (PDF) | FCC Notices | Your Privacy Rights |
Pay Transparency Provision | Accessibility | Spectrum.com | Site Map

Jobs by Category | Jobs by Location | Jobs by Business Unit