# EXHIBIT AC



SPECTRUM SITES

PUBLIC POLICY (/) | Charter Policy Home (/) | About Charter Policy (/overview) | Resource Hub (/resource-hub) | Policy News & Updates (/news-updates) | Q

< Resource Hub (/resource-hub)

# Our Employees

Our diverse, highly skilled employees are our greatest resource – and investing in their success helps us better serve our customers and build stronger connections in the communities we serve.



For our more than 100,000 employees, working at Charter is not just a job – it is a place to build a career.

## Charter's highly skilled and diverse workforce includes:

- Nearly 50% people of color
- Nearly 10% with a military affiliation

Our Employees Earn Nearly 3x the Federal Minimum Wage



# Charter Employees Earn Nearly 3x the Federal Minimum Wage

Our workforce is key to our long-term success and we're proud to invest in them.

Charter employees **earn at least $20 per hour – nearly 3X the federal minimum wage.**



At Charter, our commitment to our transitioning service members, veterans, Guard, Reserve members, the military spouse community, and their families is strong. In fact, nearly one in ten of Charter's employees has a military affiliation. We are investing in the military community, to help them build on skills and talents developed during their service and to translate them into meaningful careers throughout our company.

Learn More (/veterans)





## Spectrum Scholars

Spectrum Scholars is a two-year scholarship and professional development initiative to help support the needs and aspirations of underrepresented students through a combination of scholarships, mentorships, and opportunities to explore possible internships at Charter.

Learn More (/blog/spectrum-scholars)

## Related News: Our Employees



**POWERED BY AMERICAN JOBS**

Investing in Our Greatest Resource – Our Highly-Skilled, Diverse Workforce

September 16, 2020

---

**VETERANS AND MILITARY FAMILIES**

### Charter's Continuing Commitment to Veterans

While 2020 and the COVID-19 pandemic have changed a lot of things about our day-to-day life, Charter's commitment to our veterans and their families remains as strong as ever. As the nation pauses on Veterans Day to honor our veterans and those who continue to serve in the Guard or Reserves, Charter is proud to be helping veterans build careers in a growing and important field.

November 11, 2020

---

**EMPLOYEES**

### To Our Employees: Thank You

The work of our employees during the COVID-19 pandemic will have a meaningful and lasting impact on the communities we serve. From processing new service orders, executing complex and time-sensitive installations, and ensuring our network can meet the demand, their dedication to our customers and company is nothing short of inspiring.

June 9, 2020

View All (/policy-categories/employees)

## Subscribe to Policy Updates

Email Address

Sign Up Now

I'm not a robot

reCAPTCHA
Privacy - Terms

## Follow Charter Policy

(https://twitter.com/CharterGov)        (http://www.facebook.com/CharterGov)

| Company | Newsroom | Investors | Careers | Community Impact | Public Policy | Spectrum Site |
|---|---|---|---|---|---|---|
| About Charter (https://corporate.charter.com/about-charter) | Latest News (https://corporate.charter.com/newsroom) | Investors Home (https://ir.charter.com) | Job Search (http://jobs.spectrum.com) | About Community Impact (https://corporate.charter.com/community-impact) | Charter Policy Home (https://policy.charter.com/) | Spectrum Reside (https://spectru |
| Leadership (https://corporate.charter.com/leadership) | Media Library (https://corporate.charter.com/media-library/logos) | Results & SEC Filings (https://ir.charter.com/financial-information/quarterly-results) | | Spectrum Community Assist (https://corporate.charter.com/community-assist) | About Charter Policy (https://policy.charter.com/overview) | Spectrum Busine (https://business |
| History (https://corporate.charter.com/history) | Media Contacts (https://corporate.charter.com/media-contacts) | Events & Webcasts (https://ir.charter.com/events-and-webcasts) | | Spectrum Digital Education (https://corporate.charter.com/digital-education) | Resource Hub (https://policy.charter.com/resource-hub) | Spectrum Enterp (https://enterpri |
| Diversity & Inclusion (https://corporate.charter.com/diversity-inclusion) | | Investor News (https://ir.charter.com/news-releases) | | Community Loan Fund (https://corporate.charter.com/community-investment-loan-fund) | Policy News & Updates (https://policy.charter.com/news-updates) | Spectrum Reach (https://spectrui Spectrum Accou (https://www.sp |
| | | Corporate Governance (https://ir.charter.com/corporate- | | Spectrum Networks (https://corporate.charter.com/spectrum- | | Spectrum Origin (https://spectru |

governance)                                        networks)

Stock Information
(https://ir.charter.com/stock-
information/stock-quote)

Investor Resources
(https://ir.charter.com/investor-
resources)

ESG Report
(https://corporate.charter.com/esg-
report)

(https://corporate.charter.com)      © 2023 Charter Communications Inc.

Terms of Service(https://www.spectrum.com/policies/website-terms)

Your Privacy Rights(https://www.spectrum.com/policies/your-privacy-rights)

California Consumer Privacy Rights(https://www.spectrum.com/policies/california)

California Consumer Do Not Sell or Share My Personal Information(https://spectrum.com/policies/your-privacy-rights-opt-out)

California Consumer Limit the Use of My Sensitive Personal Information(https://www.spectrum.com/policies/your-privacy-rights-opt-out)

If you are a customer with disability, please contact us (https://www.spectrum.net/support/accessibility/talking-guide-information-and-support/) if you need assistance.