# EXHIBIT 14

# Filed Under Seal Pursuant To Court Order