# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00050-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Entropic Communications, Inc.'s ("Plaintiff") Unopposed Motion for Leave to File Under Seal (the "Motion"). (Dkt. No. 31.) In the Motion, Plaintiff seeks to seal its Surreply in Further Opposition to Defendant's Motion to Dismiss the Second Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (Dkt. No. 32) and all supporting documents, declarations, and exhibits, and represents that the briefing discusses confidential proprietary and business information, including information that the parties have previously agreed to file under seal in another case pursuant to a Protective Order. (*Id*. at 1.) The Motion is unopposed. (*Id*. at 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Plaintiff's Surreply in Further Opposition to Defendant's Motion to Dismiss the Second Amended Complaint for Improper Venue pursuant to Federal Rule of Civil Procedure 12(b)(3) (Dkt. No. 32) and all supporting documents, declarations, and exhibits should be and hereby are **SEALED**.

**So ORDERED and SIGNED this 22nd day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE