IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-00050-JRG |

**JOINT MOTION TO EXTEND DEADLINE TO FILE PROPOSED DOCKET CONTROL ORDER AND PROPOSED DISCOVERY ORDER**

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") and Defendant Charter Communications, Inc. ("Defendant" or "Charter") jointly move the Court to extend the deadline to file a Proposed Docket Control Order and Proposed Discovery Order, as Ordered by the Court's Order setting the scheduling conference. (Dkt. No. 14.) The parties are still meeting and conferring regarding proposed provisions. As such, the parties agree good cause exists for the requested relief to allow sufficient time to evaluate the proposals and receive client approval. The parties therefore request the Court extend the deadline to file a Proposed Docket Control Order and Proposed Discovery Order by one week to June 20, 2023.

Dated: June 13, 2023                                    Respectfully submitted,

<table>
<tr><td>

/s/ Darlene Ghavimi (with permission)
James Shimota
jim.shimota@klgates.com
Jason Engel
jason.engel@klgates.com
George Summerfield
george.summerfield@klgates.com
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602

Nicholas F. Lenning
nicholas.lenning@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98014-1158

Darlene Ghavimi
darlene.ghavimi@klgates.com
Matthew Blair
matthew.blair@klgates.com
K&L GATES LLP
2801 Via Fortuna
Suite #650
Austin, TX 78746

Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Andrea Fair
State Bar No. 24078488
andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy
Longview, TX 75064
Tel: (903) 757-6400

*Attorneys for Plaintiff*

</td><td>

/s/ K. Padmanabhan
Krishnan Padmanabhan
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-3564
Facsimile: (212) 294-4700

Saranya Raghavan
sraghavan@winston.com
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543

*Attorneys for Defendant*

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 13th day of June, 2023.

       /s/  K. Padmanabhan
       Krishnan Padmanabhan

**CERTIFICATE OF CONFERENCE**

The parties met and conferred on June 12, 2023. The parties agreed to the relief requested.

       /s/ K. Padmanabhan
       Krishnan Padmanabhan