IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant.* | §<br>§<br>§<br>§   Case No. 2:23-cv-00050-JRG<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER EXTENDING DEADLINE TO FILE PROPOSED DOCKET CONTROL ORDER AND PROPOSED DISCOVERY ORDER**

Based on the reasons presented in the Joint Motion to Extend Deadline to File Proposed Docket Control Order and Proposed Discovery Order, the Court **GRANTS** the Motion. It is hereby **ORDERED** that the deadline to file a Proposed Docket Control Order and Proposed Discovery Order be extended to June 20, 2023.