# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00050-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendant Charter Communications, Inc.'s ("Defendant") Joint Motion to Extend Deadline to File Proposed Docket Control Order and Proposed Discovery Order (the "Motion"). (Dkt. No. 37.) In the Motion, the parties represent that they are still meeting and conferring regarding proposed provisions, and request a one-week extension to file a Proposed Docket Control Order and a Proposed Discovery Order. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to file a Proposed Docket Control Order and a Proposed Discovery Orde is **extended** up to and including June 20, 2023.

**So ORDERED and SIGNED this 15th day of June, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE