UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 2:23-cv-00050-JRG |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER AND PROTECTIVE ORDER**

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") and Defendant Charter Communications, Inc. ("Defendant" or "Charter") jointly move the Court to extend the deadline to file a Proposed Discovery Order and Protective Order, as Ordered by the Court's Order setting the scheduling conference. (Dkt. No. 14.) The parties are still meeting and conferring regarding proposed provisions for the respective orders and need an opportunity to discuss certain of the provisions with their respective clients. With additional time, the parties are hopeful that any remaining issues can be resolved by agreement or significantly narrowed before submission to the Court. As such, the parties agree good cause exists for the requested relief to allow sufficient time to evaluate the proposals and receive client approval. The parties therefore request the Court extend the deadline to file a Proposed Discovery Order and Protective Order until June 27, 2023.

Dated: June 20, 2023                                                   Respectfully submitted,


                                                               /s/ Wesley Hill_____
                                                               James Shimota
                                                                George Summerfield
                                                                **K&L GATES LLP**
                                                                70 W. Madison Street, Suite 3300
                                                                Chicago, IL 60602

Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

Peter E. Soskin (*pro hac vice* forthcoming)
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**


*/s/ Krishnan Padmanabhan*
*(by permission Wesley Hill)*
Krishnan Padmanabhan
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-3564
Facsimile: (212) 294-4700

>Saranya Raghavan
>sraghavan@winston.com
>Winston & Strawn LLP
>35 W. Wacker Dr. Chicago, IL 60601
>Telephone: (312) 558-5600
>Facsimile: (312) 558-5700
>
>Deron R. Dacus
>State Bar No. 00790553
>ddacus@dacusfirm.com
>The Dacus Firm, P.C.
>821 ESE Loop 323, Suite 430
>Tyler, TX 75701
>Phone: (903) 705-1117
>Fax: (903) 581-2543
>
>ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

>/s/ Wesley Hill

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 20th day of June, 2023.

>/s/ Wesley Hill