# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | Case No. 2:23-cv-00050-JRG |
| v. | |
| CHARTER COMMUNICATIONS, INC., | |
| Defendants. | |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER AND PROTECTIVE ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File Proposed Discovery Order and Protective Order.  Having considered the matter, the Court GRANTS the motion and extends the parties' time to file their proposed Discovery Order and Protective Order submissions until June 27, 2023.