## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00050-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## ORDER

Before the Court is Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendant Charter Communications, Inc.'s ("Defendant") Joint Motion to Extend Deadline to File Proposed Docket Control Order and Proposed Discovery Order (the "Motion"). (Dkt. No. 40.) In the Motion, the parties seek a second extension on the deadline to file a Proposed Docket Control Order and a Proposed Discovery Order, and represent that they are still meeting and conferring regarding proposed provisions. (*Id.* at 1.) The parties request a week-long extension on the deadline. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to file a Proposed Docket Control Order and a Proposed Discovery Order is **extended** up to and including June 27, 2023. The parties should expect no further extensions.

## So Ordered this
**Jun 21, 2023**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE