UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendants. | Case No. 2:23-cv-00050-JRG |

### PLAINTIFF'S NOTICE OF DISCLOSURE

Plaintiff hereby notifies the Court and all parties of record that on June 20, 2023, Plaintiff served its Initial and Additional Disclosures as required by the Docket Control Order (Dkt. No. 41).

Dated: June 21, 2023

Respectfully submitted,

/s/ James Shimota by permission Wesley Hill
James Shimota – LEAD ATTORNEY
George Summerfield
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

Peter E. Soskin (*pro hac vice* forthcoming)
**K&L GATES LLP**

        Four Embarcadero Center, Suite 1200
        San Francisco, CA 94111
        Telephone: (415) 882-8200
        Facsimile: (415) 882-8220
        peter.soskin@klgates.com

        Wesley Hill
        Texas Bar No. 24032294
        Andrea Fair
        Texas Bar No. 24078488
        **WARD, SMITH & HILL, PLLC**
        1507 Bill Owens Pkwy
        Longview, TX 75604
        Tel: (903) 757-6400
        wh@wsfirm.com
        andrea@wsfirm.com

        **ATTORNEYS FOR PLAINTIFF**
        **ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 21st day of June, 2023.

        /s/ Wesley Hill