IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-00050-JRG |

### DEFENDANT'S NOTICE OF INTIAL DISCLOSURE

Defendant Charter Communications, Inc. ("Charter") herby provides notice under Local Rule CV-26(c) that it has complied with Fed. R. Civ. P. 26(a)(1) and the Court's Discovery Order and served its required initial disclosures on counsel for Plaintiff via electronic mail on June 20, 2023.

Dated: June 21, 2023                        Respectfully submitted,

*/s/ K. Padmanabhan*
Krishnan Padmanabhan
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-3564
Facsimile: (212) 294-4700

Saranya Raghavan
sraghavan@winston.com
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 21st Day of June, 2023, with a copy of the foregoing document via the Court's CM/ECF system.

                                                   /s/ K. Padmanabhan
                                                   Krishnan Padmanabhan