IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:23-cv-00050-JRG |
| v. | § § | Case No. 2:23-cv-00051-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § § | |
| *Defendant*. | § § | |

**[PROPOSED] ORDER OF DECONSOLIDATION AND CONSOLIDATION**

Based on the reasons presented in Defendant's Motion to Deconsolidate This Action From 2:23-cv-00052-JRG, Then Consolidate This Action With No. 2:23-cv-00050-JRG, the Court **GRANTS** the Motion. It is hereby **ORDERED** that:

1. No. 2:23-cv-00051-JRG is **DECONSOLIDATED** from No. 2:23-cv-00052-JRG.

2. No. 2:23-cv-00051-JRG is **CONSOLIDATED** for all pretrial issues with the LEAD CASE, No. 2:23-cv-00050-JRG. All parties are instructed to file any future filings in the LEAD CASE. Individual cases remain active for trial.

**So ORDERED and SIGNED this** ___ **day of** ____, 2023.

 

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE