UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Case No. 2:23-cv-00050-JRG |

**DEFENDANT CHARTER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER**

Defendant Charter Communications, Inc. ("Defendant" or "Charter") moves the Court to extend the deadline to file a proposed Protective Order, as Ordered by the Court's Order setting the scheduling conference (Dkt. No. 14) and the Docket Control Order (Dkt. No. 41). The parties are still meeting and conferring regarding proposed provisions for the protective order and counsel for Charter and Entropic need an opportunity to further discuss the parties' respective proposals. *See* Decl. of Krishnan Padmanabhan. With additional time, Charter is hopeful that certain issues can be resolved by agreement or significantly narrowed before submission to the Court. Good cause therefore exists for the requested relief to allow sufficient time to evaluate the proposals and receive client approval. Charter requests the Court extend the deadline to file a proposed Protective Order until July 5, 2023. Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") does not oppose the motion.

Dated: June 27, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Krishnan Padmanabhan*
　　　　　　　　　　　　　　　　　　　　Krishnan Padmanabhan
　　　　　　　　　　　　　　　　　　　　kpadmanabhan@winston.com
　　　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　　　200 Park Ave.
　　　　　　　　　　　　　　　　　　　　New York City, NY 10166

Telephone: (212) 294-3564
Facsimile: (212) 294-4700

Saranya Raghavan
sraghavan@winston.com
Winston & Strawn LLP
35 W. Wacker Dr. Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543

ATTORNEYS FOR DEFENDANT

### **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is unopposed.

/s/ Krishnan Padmanabhan

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 27th day of June, 2023.

/s/ Krishnan Padmanabhan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No. 2:23-cv-00050-JRG |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER

Before the Court is Charter's Unopposed Motion for Extension of Time to File Proposed Protective Order.  Having considered the matter, the Court GRANTS the motion and extends the parties' time to file their proposed Protective Order submissions until July 5, 2023.