# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00050-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Defendant Charter Communications, Inc.'s ("Defendant") Unopposed Motion for Extension of Time to File Protective Order. (Dkt. No. 47.) In the Motion, the Defendant seeks an extension on the deadline to file a Protective Order, and represent that the parties are still meeting and conferring regarding proposed provisions. (*Id.* at 1.) Defendant requests an extension until July 5, 2023. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to file a Protective Order is **extended** up to and including July 5, 2023.

**So Ordered this**

**Jun 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE