UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 2:23-cv-00050-JRG |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE PROTECTIVE ORDER**

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic") and Defendant Charter Communications, Inc. ("Defendant" or "Charter") (collectively "Parties") jointly move the Court to extend the deadline to file a proposed Protective Order (Dkt. No. 49). The parties are still meeting and conferring regarding proposed provisions for the order and counsel for Parties need an opportunity to discuss certain of the provisions with their respective clients. With additional time, the Parties are hopeful that any remaining issues can be resolved by agreement or significantly narrowed before submission to the Court. Good cause therefore exists for the requested relief to allow sufficient time to evaluate the proposals and receive client approval. The Parties jointly request the Court extend the deadline to file a proposed Protective Order until July 12, 2023.

315927898.1

1

Dated:  July 5, 2023                                            Respectfully submitted,

                                                        *s/  Darlene F. Ghavimi*
James Shimota
George Summerfield
Melissa Haulcomb
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
jim.shimota@klgates.com
george.summerfield@klgates.com
melissa.haulcomb@klgates.com

Darlene F. Ghavimi
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel.: (512) 482-6800
Darlene.ghavimi@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8046
peter.soskin@klgates.com

Wesley Hill (Texas Bar No. 24032294)
Andrea Fair (Texas Bar No. 24078488)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

*Counsel for Plaintiff*
*Entropic Communications, LLC*

*/s/ Krishnan Padmanabhan*
Krishnan Padmanabhan
kpadmanabhan@winston.com
Winston & Strawn LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-3564
Facsimile: (212) 294-4700

315927898.1

Saranya Raghavan
sraghavan@winston.com
Winston & Strawn LLP
35 W. Wacker Dr. Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record this 5th day of July, 2023.

/s/  Darlene F. Ghavimi
Darlene F. Ghavimi

315927898.1