## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

     Plaintiff,

     v.

CHARTER COMMUNICATIONS, INC.,

     Defendants.

Case No. 2:23-cv-00050-JRG

## ORDER GRANTING JOINT MOTION FOR
## EXTENSION OF TIME TO FILE PROTECTIVE ORDER

Before the Court is Entropic's and Charter's Joint Motion for Extension of Time to File Proposed Protective Order.  Having considered the matter, the Court GRANTS the motion and extends the parties' time to file their proposed Protective Order submission until July 12, 2023.