# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:23-CV-00050-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Charter Communications, Inc.'s ("Defendant") Joint Motion for Extension of Time to File Protective Order. (Dkt. No. 51.) In the Motion, the parties seek a third extension on the deadline to file a Protective Order, and represent that they are still meeting and conferring regarding proposed provisions. (*Id.* at 1.) The parties request an extension until July 12, 2023. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for the parties to file a Protective Order is **extended** up to and including July 12, 2023. The parties should expect no further extensions absent extenuating circumstances.

So ORDERED and SIGNED this 7th day of July, 2023.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE