## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **ENTROPIC COMMUNICATIONS, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CHARTER COMMUNICATIONS, INC.,** )<br>)<br>Defendant. )<br>) | Case No. 2:23-cv-00050-JRG<br><br>JURY TRIAL DEMANDED |

### NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, William M. Logan, is entering his appearance in the above-captioned action as counsel for Defendant Charter Communications, Inc..

>William M. Logan
>State Bar No. 24106214
>**WINSTON & STRAWN LLP**
>800 Capitol Street, Suite 2400
>Houston, TX  77002
>Telephone: (713) 651-2766
>Facsimile: (713) 651-2700
>Email:  wlogan@winston.com

Mr. Logan respectfully requests service of pleadings and other papers filed in this action, and any orders and notices from this Court.

Dated: July 11, 2023

>Respectfully submitted,
>
> /s/ *William M. Logan*
>William M. Logan
>State Bar No. 24106214
>wlogan@winston.com
>**WINSTON & STRAWN LLP**
>800 Capitol Street, Suite 2400
>Houston, TX  77002
>Telephone: (713) 651-2766

1

Facsimile: (713) 651-2700

***ATTORNEY FOR DEFENDANT,
CHARTER COMMUNICATIONS, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court via the CM/ECF filing system on July 11, 2023, which provided notification of same on all counsel who are deemed to have consented to electronic service.

/s/ *William M. Logan*
William M. Logan