## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

      Plaintiff,

   v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

Case No. 2:22-cv-00050-JRG

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Entropic Communications, LLC, with Defendants' agreement, submits the attached proposed Protective Order for the Court's approval.

Dated: July 11, 2023

Respectfully submitted,

*/s/ James A. Shimota*
James A. Shimota (*pro hac vice*)
Jason Engel (*pro hac vice*)
George C. Summerfield
Melissa Haulcomb (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
Melissa.haulcomb@klgates.com

Darlene Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, Texas 78746
darlene.ghavimi@klgates.com

315967775.1

Peter Soskin (*pro hac vice*)
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

/s/ Darlene F. Ghavimi
Darlene F. Ghavimi

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 11th day of July, 2023.

/s/ Darlene F. Ghavimi
Darlene F. Ghavimi