UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00050-JRG<br>Case No. 2:23-cv-00051-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant's Charter Communications, Inc.'s Motion to Deconsolidate and Consolidate (Dkt. 45 in 2:23-cv-00050-JRG and Dkt. 35 in 2:23-cv-00051-JRG). After consideration, the Court finds that Defendant's Motion to Deconsolidate and Consolidate is DENIED.

-1-