**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ENTROPIC COMMUNICATIONS, LLC**, | ) |
| Plaintiff, | ) ) Case No. 2:23-cv-00050-JRG |
| v. | ) Case No. 2:23-cv-00051-JRG ) |
| **CHARTER COMMUNICATIONS, INC.**, | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) ) ) |

**JOINT MOTION FOR LEAVE FOR DEFENDANT TO FILE AN AMENDED REPLY IN SUPPORT OF DEFENDANT'S CONSOLIDATION MOTION, AND EXTENSION FOR PLAINTIFF TO FILE A SUR-REPLY**

On July 20, 2023, this Court entered a minute entry on the docket for the consolidated 2:23-cv-00051-JRG (MoCA) and 2:23-cv-00052-JRG (Cable) cases. This Court then provided the parties with docket control orders that contained the schedule for the 2:23-cv-00051-JRG (MoCA) and 2:23-cv-00052-JRG (Cable) cases.

On July 25, 2023, the parties met and conferred, and agreed that the docket control order provided by the Court in the consolidated 2:23-cv-00051-JRG (MoCA) and 2:23-cv-00052-JRG (Cable) cases should be addressed in the parties' arguments regarding Defendant Charter Communications, Inc.'s ("Defendant") consolidation motion. *See* 2:23-cv-00050-JRG, Dkt. 45. Accordingly, the Parties jointly move to allow Charter leave to file an amended reply that falls within this Court's five-page limit for replies, on July 25. The Parties also jointly move to request a one-day extension for Plaintiff to file its sur-reply, to address Charter's amended reply, until July 26.

For these reasons, the parties jointly request that this Court grant Defendant Charter Communications, Inc. ("Defendant") leave until July 25 to file an amended reply in support of its consolidation motion, '050 Dkt. 45, and grant Plaintiff Entropic Communications, LLC ("Plaintiff") an extension of one (1) day, until July 26, 2023, to file its sur-reply.

Date: July 25, 2023

Respectfully submitted,

/s/ *K. Padmanabhan*
K. Padmanabhan (*pro hac vice*)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Ave.
New York City, NY 10166
Telephone: (212) 294-6700

Deron R. Dacus
ddacus@dacusfirm.com
State Bar No. 00790553
THE DACUS FIRM, PC
821 Ese Loop 323 Suite 430
Tyler, TX 75701
Telephone: (903) 701-1117

**ATTORNEYS FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.**

Darlene Fae Ghavimi
Darlene.Ghavimi@klgates.com
K&L GATES, LLP
2801 Via Fortuna, Ste 650
Austin, TX 78746
Telephone: (512) 482-6800

Jack Wesley Hill
wh@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 25, 2023.

*/s/ K. Padmanabhan*
K. Padmanabhan (*pro hac vice*)

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred regarding this motion on July 25, 2023, and agreed to jointly move for the relief requested herein.

*/s/ K. Padmanabhan*
K. Padmanabhan (*pro hac vice*)
