IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:23-cv-00050-JRG |
| v. | § § | Case No. 2:23-cv-00051-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant*. | § § | |

## [PROPOSED] ORDER GRANTING JOINT MOTION

Based on the reasons presented in the parties' Joint Motion for Leave for Defendant to File an Amended Reply in Support of Defendant's Consolidation Motion, and Extension for Plaintiff to File a Sur-Reply, the Court **GRANTS** the Motion. It is hereby **ORDERED** that:

1. Defendant may file an amended reply ('050, Dkt. 58; '051, Dkt. 41).

2. Plaintiff's deadline to file its sur-reply is extended by one (1) day to July 26, 2023.