IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-00050-JRG |
| v. | § § | (Lead Case) |
| CHARTER COMMUNICATIONS, INC., | § § | CIVIL ACTION NO. 2:23-CV-00051-JRG |
| | § § | (Member Case) |
| *Defendant*. | § § | |

# ORDER

Before the Court is the Joint Motion for Leave for Defendant to File an Amended Reply in Support of Defendant's Consolidation Motion, and Extension for Plaintiff to File a Sur-Reply (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendant Charter Communications, Inc. ("Charter"). (Case No. 2:23-cv-00050-JRG, Dkt. No. 59; Case No. 2:23-cv-00051-JRG, Dkt. No. 43.) In the Motion, the parties request that the Court allow Charter leave to file an amended reply to Charter's consolidation motion (Dkt. No. 45) that falls within this Court's five-page limit for replies, on July 25. (*Id.* at 1.) The Parties also jointly move to request a one-day extension for Entropic to file its sur-reply, to address Charter's amended reply, until July 26. (*Id.*) The parties represent that they wish to address the docket control orders for consolidated cases 2:23-cv-00051-JRG and 2:23-cv-00052-JRG which were provided to the parties on July 20, 2023. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Charter may file an amended reply to Charter's consolidation motion in Case Nos. 2:23-cv-00050-JRG and 2:23-cv-

00051-JRG. It is further **ORDERED** that Entropic's deadline to file its sur-reply is extended by one day to July 26, 2023.

**So Ordered this**

**Jul 26, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE