UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CHARTER COMMUNICATIONS, INC,<br><br>　　　Defendant. | )<br>)<br>)　Case No. 2:23-cv-00050-JRG<br>)　Case No. 2:23-cv-00051-JRG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CHARTER COMMUNICATION INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Charter Communications, Inc. ("CCI") through their counsel, state as follows:

1.　CCI is a publicly held corporation organized under the laws of the state of Delaware.  Liberty Broadband Corporation is the only publicly held corporation that owns 10% or more of CCI's stock.


Dated: October 31, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Krishnan Padmanabhan*
　　　　　　　　　　　　　　　　　　　　Krishnan Padmanabhan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　kpadmanabhan@winston.com
　　　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　　　200 Park Ave.
　　　　　　　　　　　　　　　　　　　　New York City, NY 10166
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 294-3564
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 294-4700

　　　　　　　　　　　　　　　　　　　　Saranya Raghavan (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　sraghavan@winston.com
　　　　　　　　　　　　　　　　　　　　Winston & Strawn LLP
　　　　　　　　　　　　　　　　　　　　35 W. Wacker Dr.

Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Wiliam M. Logan
State Bar No. 24106214
wlogan@winston.com
Winston & Strawn LLP
800 Capitol Street, Suite 2400
Houston, TX 77002
Telephone: (713) 651-2766
Facsimile: (713) 651-2700

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 31st day of October 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per local Rule CV-5(b)(1).

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (*pro hac vice*)