UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:23-cv-00050-JRG<br>(LEAD CASE)<br><br>Case No. 2:23-cv-00051-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, these actions are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned cases are **DENIED AS MOOT**. It is **ORDERED** that each party bear its own costs, fees, and expenses. It is **FURTHER ORDERED** that the Court shall retain exclusive and continuing jurisdiction over the Parties and these matters for the sole purpose of enforcing the monetary payment due under the December 10, 2023, settlement agreement between the Parties.

The Clerk of Court is directed to **CLOSE** these cases.