IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 2:23-CV-00050-JRG |
| | § | (LEAD CASE) |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00051-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | (MEMBER CASE) |
| *Defendant*. | § § § | |

## **ORDER**

Before the Court is Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendant Charter Communications, Inc.'s ("Charter") Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation"). (Dkt. No. 73.) In the Stipulation, the parties agree to the dismissal the above-captioned actions (Case Nos. 2:23-cv-00050-JRG and 2:23-cv-00051) with prejudice.[1] (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between the parties in the above-captioned lead and member cases are hereby **DISMISSED WITH PREJUDICE**. It is further ordered that each party bear its own costs, attorneys' fees, and expenses. All pending requests for relief not explicitly addressed herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases as no claims or parties remain.

---

[1] The parties represent that they agree that this Court shall retain exclusive and continuing jurisdiction over the Parties and these matters for the sole purpose of enforcing the monetary payment due under the December 10, 2023, settlement agreement between the Parties. (Dkt. No. 73 at 1.)

**So ORDERED and SIGNED this 13th day of December, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE